Dismissed and Memorandum Opinion filed January 10, 2008








Dismissed
and Memorandum Opinion filed January 10, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01000-CR

____________

 

JOSUE SANDOVAL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
180th District Court

Harris County, Texas

Trial Court Cause No. 1055431

 



 

M E M O R A N D U M   O P I N I O N








Appellant
entered a guilty plea to aggravated sexual assault of a child  In accordance
with the terms of a plea bargain agreement with the State, on July 7, 2006, the
trial court deferred a finding of guilt and placed appellant on community
supervision for five years and assessed a fine of $250.  After finding the
allegations in the State=s motion to adjudicate true, the trial court adjudicated
appellant=s guilt and  sentenced him on October 29, 2007, to confinement for seven
years in the Institutional Division of the Texas Department of Criminal Justice
and assessed a fine of $250.  As part of appellant=s stipulation of evidence, he waived
any right of appeal with the understanding that the prosecutor would recommend
a seven-year sentence.  Appellant filed a pro se notice of appeal.  We dismiss
the appeal.  

The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that the defendant waived the right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R. App.
P. 25.2(d).  The record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed January
10, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).